B203
12/94

# United States Bankruptcy Court
Eastern District of Missouri

In re  Ruby May Hibbit

Debtor(s)

Case No. _____

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ 1,200.00

   Prior to the filing of this statement I have received ........................... $ 0.00

   Balance Due ............................................................................................ $ 1,200.00

2. The source of compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☑ Other (specify)  300 from debtor, rest from Jeff Witt.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   Filing and preparation of amended schedules and statements. Representation of the debtor at the meeting of creditors. Debtor and Attorney agree that Attorney Carp had no involvement in the preparation in any documents or advice regarding the filing of bankruptcy prior to his entry.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation in adversarial and contested matters. Confirmation and adjoined hearings, negotiation of affirmation agreements.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

3/3/2011
_____
Date

/s/ Kenneth P. Carp
_____
Signature of Attorney

Law Office of Kenneth P. Carp
_____
Name of law firm

Kenneth Carp 37542-MO
230 S. Bemiston, Suite 410
Clayton, MO 63105
314-725-7901   phone
314-721-2771   fax