# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Ruby May Hibbit | ) | Case No. 11-40125 |
| | ) | |
| | ) | |
| | ) | Chapter 7 |

## MOTION TO WITHDRAW

COMES now, Kenneth Carp, attorney for debtor, and in support of his Motion to Withdraw states as follows:

1. Kenneth Carp entered his appearance as co-counsel with attorney Jeff Witt on the above referenced matter on March 2, 2011.
2. Kenneth Carp attended the Meeting of Creditors on March 25, 2011 for Ruby May Hibbit.
3. Ms. Hibbit did not attend that Meeting of the Creditors.
4. Ms. Hibbit has not responded to repeated calls and letters from Kenneth Carp.
5. There is a pending Meeting of the Creditors for Ruby May Hibbit on April 22, 2011.

WHEREFORE, Kenneth Carp prays that the Court enter an order withdrawing Kenneth Carp as counsel for Ruby May Hibbit in the above referenced matter.

Respectfully Submitted,

LAW OFFICE OF KENNETH P. CARP

Kenneth Carp, #37542 MO
Attorney for Debtor
230 S. Bemiston, Suite 410
Clayton, MO 63105
(314) 721-0205  phone
(314) 721-2771  fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion to Withdraw was mailed first class regular mail this 15th day of April, 2001, to the following parties:

Office of US Trustee
111 South Tenth Street, Suite 6353
St. Louis, MO 63102
US TRUSTEE

Robert J. Blackwell
Blackwell and Associates
PO Box 310
O' Fallon, MO 63366
TRUSTEE

Jeffrey M. Witt
4119 Old Highway 94 South
Saint Charles, MO 63304
CO-COUNSEL FOR DEBTOR

Ruby May Hibbit
204 David Street
Elsberry, MO 63343
DEBTOR

RESPECTFULY SUBMITTED,

_Kenneth Carp_ /njg/
Kenneth Carp, #37542MO
Attorney for Debtor
230 S. Bemiston, Ste. 410
Clayton, MO 63105
(314) 721-0205 phone
(314) 721-2771 fax